Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT ORRA CURTIS | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-384 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that the Plaintiff's Motion for Judgment on the Pleadings is Denied and that the Commissioner's Motion for Judgment on the Pleadings is Granted.

Date: February 6, 2025                                   MARY C. LOEWENGUTH
                                                         CLERK OF COURT

                                                         By: s/ Donna
                                                             Deputy Clerk